EXECUTOR OF EDWARD BROOKS, SR. *against* EXECUTORS OF EDWARD BROOKS, JR.

Where oyer is demanded, and the manner in which it is given is unsatisfactory, the objection must be made at the trial, and not by motion to produce the papers that are wanted.

This was a motion by the defendant to produce the bonds and evidences which were to be produced on the trial.

*Griffith* for motion. *Leake* contra.

*Per Curiam.* The time to take advantage of an insufficient compliance with the demand for oyer is at the trial, and it cannot be done by a motion to produce papers.

Rule refused.